

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2023

No. 04-23-00162-CR

Terrance **BRYANT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR10931
Honorable Ron Rangel, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED for want of jurisdiction.

It is so **ORDERED** on May 17, 2023.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of May, 2023.

_____
Michael A. Cruz, Clerk of Court